KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ROBIN L. HARRIS (CSBN 123364)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7016

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-594 MMC |
|    Plaintiff, | |
| v. | NOTICE OF DISMISSAL; ORDER THEREON |
| MA THEIN, | |
|    Defendant. | (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:                                    Respectfully submitted,

                                          KEVIN V. RYAN
                                        United States Attorney

                                        /s/

                                        MARK L. KROTOSKI
                                        Chief, Criminal Division

NOTICE OF DISMISSAL (CR 06-594 MMC)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Leave is granted to the government to dismiss the indictment, as to defendant Ma Thein.

Date: November 22, 2006

_____
Honorable Maxine M. Chesney
United States District Judge