| | |
|---|---|
| 1 | BARRY PORTMAN |
|   | Federal Public Defender |
| 2 | JOSH COHEN |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant THEIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0594 MMC (JL) |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S UNOPPOSED MOTION FOR ORDER AND [~~XXXXXXX~~ PROPOSED] ORDER EXONERATING RELEASE BOND |
| v. | ) | |
| MA THEIN, | ) | |
| Defendant. | ) | |

On September 5, 2006, defendant Ma Thein was ordered released by this Court on an unsecured bond. As a condition of her release, Ms. Thein was ordered to surrender her passport to the Court. Ms. Thein complied with this condition on September 6, 2006.

On November 16, 2006, the government filed a notice of dismissal of all charges against Ms. Thein. On November 22, 2006, the Honorable Maxine M. Chesney granted the government leave to dismiss. As such, there are no charges pending against Ms. Thein in this (or any other) court.

///

///

1

1     Accordingly, Ms. Thein respectfully moves the Court to order that the bond in this
2 matter be exonerated and Ms. Thein's passport returned.
3 Dated: December 18, 2006

4                                     Respectfully submitted,

5                                       BARRY J. PORTMAN
                                      Federal Public Defender

6

7                                     /S/

8                                   JOSH COHEN
                                  Assistant Federal Public Defender

9                                   **ORDER**

10     Accordingly, and for good cause shown, it is hereby ORDERED that the release
11 bond in this matter shall be exonerated.
12     IT IS SO ORDERED.
13 Dated:    December 19, 2006
14                                   JAMES LARSON
                                  UNITED STATES MAGISTRATE JUDGE